**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**BILLY E. BURNETT, INC.** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 4:05CV109-TSL-AGN**

**MERIDIAN HOUSING AUTHORITY** **DEFENDANT**

**AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE**

The Court, having considered the joint *ore tenus* motion of the Plaintiff/Counter-Defendant and the Defendant/Counter-Plaintiff to dismiss this cause of action without prejudice, hereby finds that the motion should be and is hereby granted. It is, therefore, ordered that this cause of action is hereby dismissed without prejudice.

ORDERED this the 23rd day of February, 2007.

/S/ TOM S. LEE

UNITED STATES DISTRICT COURT JUDGE

AGREED TO BY:

/s/ E. Stephen Williams_____
E. STEPHEN WILLIAMS
ATTORNEY FOR PLAINTIFF/COUNTER-DEFENDANT

/s/ Phil B. Abernethy
PHIL B. ABERNETHY
ATTORNEY FOR DEFENDANT/COUNTER-PLAINTIFF